GALLAGHER, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by Annie Gallagher, as administratrix, against Edgar B. Newman. L. S. Garrere, for appellant. J. A. Allen, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re GARDNER. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) In the matter of the application of Charles H. Gardner, individually and as general guardian of Gustav Gardner, an infant, etc. No opinion. Motion granted. Fee of the guardian ad litem to be paid out of the father's fund.

GARLOCK v. GARLOCK et al. (Supreme Court, Special Term, Jefferson County. December, 1906.) Action by Jason Garlock against Orilla C. Garlock and others. On motion to dismiss for want of prosecution. Denied. G. S. & H. L. Hooker, for the motion. Lansing & Lansing opposed.

DEVENDORF, J. I think this motion is properly addressed to the Special Term, and that it would not be within the power of the referee to hear and determine a motion to dismiss pursuant to section 822 of the Code. In view of the equities in this action and the facts shown on this motion, I have concluded that the parties should have a day in court herein, if the case proceeds henceforth with diligence. This motion is therefore denied, with $10 costs, generally, to abide the event, without prejudice to a renewal thereof if the plaintiff fails to notice the case for trial before the referee within 10 days after notice of the entry of order hereon. Motion denied, with $10 costs generally, to abide event, without prejudice to a renewal thereof if plaintiff fails to notice case for trial before the referee within 10 days after notice of entry of order herein.

GARVEY, Appellant, v. OLDBURY ELECTRO-CHEMICAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Edward Garvey against the Oldbury Electro-Chemical Company. No opinion. Order affirmed, with costs.

GASPARD, Appellant, v. PIERRE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Maggie B. Gaspard against George Pierre and others. P. Mitchell, for appellant. W. Arrowsmith, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

GAUDIOSO, Respondent, v. LATHROP, SHEA & HENWOOD CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Michele Gaudioso against the Lathrop, Shea & Henwood Company. No opinion. Judgment and order affirmed, with costs.

GLEASON, Appellant, v. NORTHWESTERN MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Mary A. Gleason against the Northwestern Mutual Life Insurance Company. E. Frayer, for appellant. A. Opdyke, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs in this court and in the court below. Order filed.

LAUGHLIN, J., dissents.

GOFFEN, Appellant, v. SCHMEIDLER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Henry B. Goffen against Isaac Schmeidler and another. H. Salant, for appellant. D. E. Ogden, for respondents. No opinion. Order affirmed, with costs. Order filed.

GOLDINGER, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 22, 1907.) Action by Samuel Goldinger against Abraham Cohen and others. No opinion. Motion for stay denied, with costs. A doubt being raised on the papers as to the existence of the client represented, the costs should be paid by the attorney personally.

GOLDMAN, Respondent, v. SWARTWOUT, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1907.) Action by Esther Goldman against Frank G. Swartwout. J. C. Bushby, for appellant. N. D. Stern, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

GOLDSMITH et al., Respondents, v. HAMMEL et al., Appellants. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by Charles P. Goldsmith and another against Leo Hammel and others. D. Gerber, for appellants. W. V. Goldberg, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

GOLDSMITH, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Tillie Goldsmith against the Interurban Street Railway Company. E. Jacobus, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GORSCH, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Sophia Gorsch against Clement H. Smith. J. C. J. Langbein, for appellant. G. M. Bode, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GOULD et al., Respondents, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by George J. Gould and others against John H. Springer. J. T. Easton, for appellant. D. H.